**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6127**

---

JESSIE BENJAMIN KINDLEY, SR.,

Plaintiff - Appellant,

versus

KENNETH RANSON; ROBERT W. WALKER, Magistrate;
RON ANGELONE, Executive Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (CA-01-844-2)

---

Submitted: March 14, 2002          Decided: March 27, 2002

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jessie Benjamin Kindley, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie Benjamin Kindley, Sr., a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Kindley v. Ranson, No. CA-01-844-2 (E.D. Va. Dec. 18, 2001); see also Linda R.S. v. Richard D., 410 U.S. 614, 619 (1973) (noting that a private citizen has no enforceable right to institute a criminal prosecution). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2